## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUN FAULY, an Illinois resident, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>) Civil Action No.: 1:16-CV-03996 |
| Plaintiff, | ) <br>) **CLASS ACTION** |
| v. | )<br>) Hon. Elaine E. Bucklo |
| WEDGEWOOD VILLAGE PHARMACY and JOHN DOES 1-10, | )<br>) Magistrate Hon. Mary M. Rowland<br>) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, SHAUN FAULEY, through his undersigned attorneys, hereby voluntarily dismisses this action with prejudice, the class allegations without prejudice, each side to bear its own costs.

        SHAUN FAULEY, individually and as the representative of a class of similarly-situated persons

        s/ Brian J. Wanca

        Brian J. Wanca
        Ryan M. Kelly
        ANDERSON + WANCA
        3701 Algonquin Road, Suite 500
        Rolling Meadows, IL 60008
        Telephone: 847-368-1500
        Fax: 847-368-1501
        bwanca@andersonwanca.com
        rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2016, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

      /s/ Brian J. Wanca